UNITED STATES OF AMERICA

v.

JUAN SOTO-CHALA,

            Defendant.

**UNSEALING ORDER**

**24 Mag. 3390**

WHEREAS, on September 19, 2024, the Court granted a consent application by the United States of America for the sealing of (a) the above-captioned Complaint and all related filings in this case; (b) the temporary sealing of all docket entries associated with this defendant, including notifications of docket entries over the ECF system; and (c) the temporary delay of any further docket entries associated with this defendant, including notifications of docket entries over the ECF system (the "Sealing Order"); and

WHEREAS, the Court finds that the circumstances justifying the Sealing Order have changed such that there is no longer any basis to seal the documents and filings referenced above;

IT IS HEREBY ORDERED that the Complaint and all related filings for this defendant, all docket entries associated with the defendant's case, and this Order, shall be unsealed.

Dated: New York, New York
       January 30, 2026

THE HONORABLE HENRY J. RICARDO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK