UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| -against- | |
| JUAN SOTO-CHALA, | |
| Defendant. | |

24 Mag. 3390

**SEALING ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

WHEREAS, on September 19, 2024, the Court granted a consent application by the United States of America for the sealing of (a) the above-captioned Complaint and all related filings in this case; (b) the temporary sealing of all docket entries associated with this defendant, including notifications of docket entries over the ECF system; and (c) temporary delay of any further docket entries associated with this defendant, including notifications of docket entries over the ECF system (the "Sealing Order");

WHEREAS, on January 30, 2026, the Court found that the circumstances justifying the Sealing Order changed such that there is no longer any basis to seal the documents and filings referenced above, the Court ordered that the Complaint and all related filings for this defendant, all docket entries associated with the defendant's case, to be unsealed;

WHEREAS, the Government has moved to re-seal the document docketed at ECF No. 12, (letter motion to seal attached hereto as Exhibit A), on the grounds that it contains information that should remain sealed; and

WHEREAS the Court finds that the Government has met their burden to seal the docket entry at ECF 12, as well as the attached Motion to Seal;

IT IS HEREBY ORDERED that the document at ECF 12 and the Motion to Seal attached hereto as Exhibit A shall be sealed.

DATED:  February 4, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge